**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

ROBERT DIAL,                              )
                                          )
     Plaintiff,                         )
                                          )
v.                                        )    Civil No.  1:23-cv-00071
                                          )    Judge Trauger
SOCIAL SECURITY ADMINISTRATION,           )    Magistrate Judge Holmes
                                          )
     Defendant.                         )

## O R D E R

On May 6, 2024, the Magistrate Judge issued a Report and Recommendation

(Doc No. 15), to which no timely objections have been filed.  The Report and Recommendation is

therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the

reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the

Administrative Record (Doc. No. 11) is DENIED, and the Social Security Administration's decision

is AFFIRMED.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge